UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| MICAH B. RIGGS,<br>    Plaintiff,<br><br>v.<br><br>ROBERT GIBBS, et al.,<br>    Defendants. | )<br>)<br>)<br>)<br>) No. 14-0676-CV-W-FJG<br>)<br>)<br>) |

## ORDER

On March 1, 2022, the Court held a pretrial teleconference with counsel in this matter. The Court enters the following trial order, summarizing matters discussed during the pretrial teleconference:

1. The parties are **ORDERED** to file a joint proposed statement of the case on or before **WEDNESDAY, MARCH 16, 2022, AT NOON.** If the parties cannot agree upon a joint statement of the case, each side shall file its own proposed statement of the case on or before **WEDNESDAY, MARCH 16, 2022, AT NOON.** The parties are further **ORDERED** to file any amended witness lists, amended exhibit lists, amended voir dire, or revised stipulations on or before **WEDNESDAY, MARCH 16, 2022, AT NOON.**

2. On the first day, attorneys should arrive at 8:00, and the trial day will end by 4:30 or 5:00 p.m. Thereafter, trial days will commence at approximately 8:30 a.m. each morning, and will end by 5:00 p.m. Lunch breaks will be 30 minutes, with additional short breaks in the morning and afternoon.

3. A final pretrial teleconference will be held on **MONDAY, MARCH 14, 2022**, at **10:00 A.M. Central Time.** The parties shall call the toll free conference number (888)

675-2535 and enter the appropriate access code to participate in the teleconference. The access code will be emailed to counsel separately.

    **IT IS SO ORDERED.**

Date:  March 1, 2022                                      **S/ FERNANDO J. GAITAN, JR.**
Kansas City, Missouri                             Fernando J. Gaitan, Jr.
                                                                          United States District Judge